STATE of Missouri, Respondent,

v.

Dallas R. HENSLEY, Appellant.

No. WD 45576.

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Sept. 29, 1992.

Application to Transfer Denied
Nov. 24, 1992.

Cenobio Lozano Jr., Harrisonville, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and
BERREY and SMART, JJ.

ORDER

PER CURIAM:

In a judge tried case, the appellant, Hensley was convicted of sodomy, a Class B felony as denounced by § 566.060, RSMo 1986.

Judgment affirmed. Rule 30.25(b).